

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Carl Storck and Vicki Storck, Appellants

No. 06-16-00001-CV    v.

Tres Lagos Property Owners Association, Inc., Appellee

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. 10,964). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the order of the trial court below. The petition for intervention was filed after the trial court's plenary power expired and was, therefore, untimely. We vacate the December 4, 2015, order and dismiss this appeal.

We further order that the appellee, Tres Lagos Property Owners Association, Inc., pay all costs of this appeal.

RENDERED OCTOBER 7, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk